Appeals 1577 and 1578 from 2008, Yorkey v. Diab. Just to keep this simple, I'd like to have counsel argue all issues in both appeals. So we just have one principle argument, one response, and one rebuttal covering all four of the issues. Thank you, Mr. Morgan. Welcome. Please proceed. Thank you, Your Honor. Good morning. What I'd like to address first is the issues in the 1577 appeal first, Your Honor. And I would like to start discussing some of the issues with respect to the reduction to practice conclusion of the Board. The first of these I'd like to discuss, Your Honor, is the issue of the hospital data. There were two sources of data used in the intensity signal processing software for the reduction to practice. Data taken in hospitals from patients and data taken by Mr. Baker himself. Now, there's no issue about the data taken by Mr. Baker. No issue about that that it met the counts of requiring two discrete wavelengths and had motion components. And there should never have been, with all due respect, any issue about the hospital data, and Diab certainly didn't raise any issue about that data. The Board raised the question of whether the hospital data had two discrete wavelengths and had motion components. Well, Your Honors, it had to have. It had to have two discrete wavelengths to even be processed by the software. And both Yorkie and Baker testified to that. They testified that they had the two types of data. They testified that the software was written for and used two intensity signals, red and infrared light. In fact, after stating that the two types of data were used, Yorkie and Baker pointed out in their declarations and to the Board, the statement in the software itself specifying the LED, light-emitting diode, structure required for the data as red and infrared light. For Yorkie, that's at A1551, for Baker, 3631. Both specify, and I can quote it. They say, further in this code, and this is the code that processes the data they were using, and they did not draw any distinctions at all between the two types of data and its processing. Further in this code, the electromagnetic radiation of two or more wavelengths is set forth as follows. And then it says struct, as structure, LED, long, wavelength, infrared, red, and other. The IR they stated refers to the infrared wavelength being processed, and the red refers to the red wavelength. Where are you reading from, Joseph? I'm reading from their quotation at A1551, that's Yorkie, and Baker, A3631. They are quoting from the software code itself, those comments. The very next thing they point out is where the code takes the logarithms of each of the two intensity signals. That's what they told the Board, that's what they said in their declarations. That's in paragraph 33 of Yorkie, A1551-2, and paragraph 15 of Baker, that's A36031. And they again stated that the code also sets forth taking the logarithm of each representation, each representation of the first and second intensity signals. And they quoted from the code, the lines of code, that take the logarithms of the two red and infrared intensity signals. And throughout the code, the software variables are identified as red and infrared. But the Board itself indicated that the data that Mr. Baker submitted was not complete, right? I don't believe so, Your Honor. Did they say specifically that there were only two lines of the code that were submitted and the rest were not? I'm trying to figure out the total submission that was being done by Mr. Baker. To some extent, I believe that was a misunderstanding by the Board. There was significantly more submitted. Well, if it was a misunderstanding, let's try to clear it up, because that's a very important issue. It is an important issue. There is much more than two lines of code. What they cited, Your Honor, was the code which carries out the steps of the count and the method. That's what they cited. And they quoted it. And there's a lot of code there. And as they also explained, what they did was they were trying to compare Yorkie's method to other methods that were being developed, as well as to the original N200 Nelker-Oxenberg method, so that the code had code for each of those. And they explained what they did. Because they're talking about the count here, which is the Yorkie invention, they isolated the code that carried out the steps of the Yorkie invention. With the two inputs. Yes, Your Honor, with the two inputs. And that's what it has. In fact, all of them have. To put it simply, Your Honor. Well, we'll get to the other one, because the other one really has three signals, right? That's the other. And that we do not contend was reduced to practice at that time. But the count requires two. And, in fact, the count includes at least two, because claim two of Yorkie, which is set to correspond to the count, says at least two. But the simple fact is, Your Honor, they knew what that software was. They knew what the data was. Who's they? Yorkie and Baker, Your Honor. And that's why they testified as to what it was. Baker himself testified that he observed the plethysmographic waveforms of the data. That's the red and the infrared waveforms. That he observed that. And he testified the reason he observed that is so that he could identify, he's had years of experience in this, he could identify the locations of perturbations due to motion. So they could check and make sure that whether the method was working or not working at the points of motion. So whether somebody was at the hospital when the code was taken or not, the fact is they had, and how far away the data was taken, they had the data itself. They observed the data. They observed the waveforms of the data. They ran the data through their system, their code, which only works with red and infrared data. And it only works with movement? No, it works with and without movement, Your Honor. So that was one of the issues that the board did raise, that there was no indication of movement. No, what the board said is they didn't know about the hospital data. What we pointed out in our briefing, Your Honor, is that Mr. Baker, as I just said, testified the way he dealt with the motion is to observe the waveforms themselves. It looked kind of like a pulse monitor. The waveforms themselves, and you can observe with experience, you can observe and see where there are perturbations in that waveform that are due to motion noise. You can tell the aberration by reading the waveform itself? By looking at the waveform. And I don't know if you've been in a hospital lately. I'm afraid I have. And you can very quickly watch these waveforms, and you can very quickly, I mean, I've tried it because I happen to like dealing with proximity, you can wiggle your fingers around and you can see quickly where in the waveforms there's a motion. The motion is being picked up. That's exactly right. And the whole purpose of the invention is, despite that motion, to be able to come up with an accurate saturation calculation. I think that the court found the testimony with the two waves to be sufficient, but then there was the next assumption that was concluded without support in Mr. Yorkey's testimony as to how he reaches the final conclusion. And Mr. Yorkey said, for example, he wrote the software, so he based his assumptions on the amount of motion is the same at the time for each of the intensity signals for each wavelength, and that the motion components are proportional. He stated that, but the problem that the court had was that those assumptions, how they were implemented within the software, was just not put before the court. So the court couldn't just take his uncorroborated conclusion, much like you said today, which is essentially the proof's in the pudding, and reduce it to a conclusion. In fact, Your Honor, it was presented to the court, to the board, and it was presented in this way. Yorkey explained that the assumptions, those two assumptions that you spoke about, he said, I use those in my method, the way I incorporate those in my method, this is a testimony that was given to the board, in my method is by logarithmic converting the two signals, converting them to logarithms, and then differentiating, and the two signals are the ones that represent the basic equation, then differentiating the logarithms, and then doing a ratio metric calculation of saturation. And where is that in the software? Where is the testimony that shows that this was in the software? He showed exactly that. It is quoted in his declaration, the very software I'm talking about, was quoted in the declarations and cited to the board. He put that in there. What he said, and the point is, as he testified, the assumptions are built into this mathematics, and that's as follows. He explained that based on the assumptions, the assumptions are, at the same time I got the same amount of motion for each signal, and the motion as it appears in the signal itself is proportional between the two wavelengths. How is that then built into the equation in the mathematics? Because if you take the logarithms first, and then you differentiate the logarithms, what happens is that the rates of change of the motion in the two signals are the same. Are both of those signals converted to logs? Yes, you are. Or just one? Both. So if you have an assumption that there is noise and the noise is equal in both signals, you convert them to a log, and then you just sum them up. Then what you do is you can convert and differentiate, and that happens by taking the ratio-metric calculation, which is the red over the infrared ratios, which is how you do log-symmetric calculations. The two factors have now become equal for motion. But that's assuming that the noise ratio is the same in both signals. That's the assumption. And if it doesn't? It isn't. In fact, what he proved by then doing the test, is that by processing the signals on these assumptions, he actually got results that allowed him to get accurate calculations of saturation in the presence of motion, when the prior oximeter would get driven right off the charts. His stayed steady, and that's what both he and Baker talked about. So the assumptions are built into the mathematics, and that's what he testified to in his declaration. We'll even assume that, just for sake of argument, that that is correct. Then the board had an alternative ground, too, saying that it didn't implement the subtracting limitation. Actually, it's sort of just the opposite of what I made. What the board said was, okay, what you showed us doesn't have subtracting. What else is there? And the point there, Yorkie testified that his method, the method not only to concede, but the method that he developed in the actual oximeter, by using this logarithm differentiation ratio, no subtraction is needed, no subtraction is performed, because the motion cancels out. And what he did is he cited the code, which accomplished that. He pointed out that there's other code in there. There's other code for other systems in there. But what he did is he testified, I do it without subtraction because I've done the ratios, and he showed how you do the ratios. Now, did he go through each of the other lines of code? No, he didn't. To some extent, it's a little bit frustrating that in his reply declaration, which the board didn't consider, Diab had questioned where the red and infrared signals, they had no problem, that's what they were, where they were initialized in the code, so they could follow it. And he pointed out, he tracked the code all the way from the point the data, the red and infrared data is received, all the way through the calculation. So if they had taken a look at that, they would have seen there was no issue at all. But in terms of the a priori case, he testified, he explained why the code that he presented is the code that did the calculations and the processing, and why it gets rid of the motion without subtraction. Hypothetically, if the motion signals built in are different, say one is zero and one is one, would that work in the same manner? Obviously, if you go through the signals and you convert it to a log-log and then differentiate them out, the ratios, if they're different, then the assumptions are going to be different. Yeah, where the assumption comes in is because of the proportional, since they're proportional, that means the rate of change of each is the same. Even if, for example, one is larger than the other at the start, that's why you do the log and differentiation, by taking the logarithm first, and then differentiating, you are taking, in effect, a differential, which is the rate of change of the two. And the rate of change of the two, because of the assumption, is assumed to be the same. Now, if for some reason these assumptions weren't correct, he wouldn't have gotten the right answers. But he did get the right answers, because the assumptions were built into the software. And in fact, what I'm saying, because the assumptions were built into the software, if the assumptions weren't correct, they would come up with bad answers, but they came up with good answers. Turning, if I may, to the second part of this, Your Honor, and that has to do with Diab's lack, if I can move on to count two, Diab's lack of written description. I do, actually, I back up, I do want to make the point that this, I call it objection, whatever you want to call it, by the board to the hospital evidence. It came out of the left field. Diab didn't make it. And the point we want to get across is that totally aside from whether Mr. Baker had personal knowledge of the taking of the hospital data, he had knowledge, they both had knowledge, of that data, because they used it, looked at it, and put it into the software, which required it to be what the count requires. Now, let me ask you a question. If you lose on priority, does that mean that the entire aspect of the written description is then met at that point by Diab? No, Your Honor, it does not. You need to add 15 more minutes. For two counts, Your Honor. Count one was a priority issue, Your Honor. Count two was a separate issue. On the written description. That's correct, Your Honor. And that's separate and apart, different considerations, and it lives or dies on its own. But the 78 also has a written description issue. Yes, Your Honor. Which is totally separate, because you have different counts on that. Totally different invention. What about the priority issue on the 78? The 78 priority issue is not being appealed, only the written description aspect. Very good. If I may turn to the count two written description, what that count requires, there are two features which are important to our written description argument. The first is that, as we said, you log-convert the signals, so you have a logarithmic version. You differentiate the signals, so you have represented the signals as a differentiated logarithm of the total signal, which is the basic signal plus the noise. Now this is the method of the calculation, not the method of deriving how you get the method. This is the method of the calculation, of the measurement. You then express, you've got the signals, they come into your oximeter, and the oximeter then, the mathematics and the microprocess in the oximeter, express these signals, that have been logarithm converted and so on, express the signals in the form of a matrix, a mathematical matrix. And then, the method, the measurement method in the oximeter, solves that matrix. Now this matrix has terms for both signal and noise in it. Still limited to two signals. Yes, two signals. Solves that matrix by assuming that the signal and the noise components are independent, or uncorrelated. That there's no relationship between the two. One changes, the other doesn't have to, and vice versa. Now, Diob and the board relied upon two embodiments disclosed in Diob as supporting that count. The first method, we agree, provides a matrix. Not a question, not an issue. But, it solves the matrix. One of the reasons that Yorkley disclosed, by assuming it's zero, it makes solving the matrix very, very easy. Because when you solve the matrix in a lot of cross-multiplications, most of them fall out. And you come up with a very easy solution. What Diob does, is they don't assume zero correlation between the noise and the signal. But that's their second aspect, isn't it? The first aspect is trying to... the non-re-correlated signals? The first aspect, it does talk about minimally correlated. Minimally. And it refers to that first embodiment. Right. It does have a matrix, but they don't solve it by assuming there's no correlation. They solve it by finding the actual minimal correlation. They take 20 to 50 calculations to come up with it. But they do come up with it. They come up with it. Assuming that there's minimal correlation in the first embodiment. Assuming... They don't assume anything. They just say, we're going to do the matrix solution with the minimum correlation, whatever it happens to be. It may be zero, it may be 0.5, it may be 1. Right? It's whatever the minimal is. The minimal is defined, the actual correlation minimal is defined by the environment of what it's used in, of what the observer is using, what the motion noise is. For example, if I've got a heartbeat of 60, and the motion noise is at some tapping, or the noise also at 60 taps per minute, there's a correlation of virtually 1 between the noise and the signal. And that's the minimum correlation. And that's the minimal that's going to be calculated. But if the correlation is 0, which is their second alternative... Then we'll turn to that. And then it teaches a solution by matrix. Ah, it does not. With all due respect, Your Honor. Where do they fail to teach that? Okay. Where do they fail to teach it is that they, by their own expert, she says, well, there's a great deal of discussion in the briefing about whether the second embodiment incorporates the matrix of the first. We believe, we've sort of established that it doesn't. It's not a signal model. Matrix is a solution, not a signal model. But that's... Either way, however it comes out, it doesn't matter. But it strikes me as what you're having is dueling experts before the board. That's why I say it doesn't matter. And it doesn't matter for this reason. When you look at what Diab's expert said, Diab's expert acknowledges, and Diab acknowledges in their brief, that what is actually solved in the second method is not a matrix. What these signals are actually put into a representation is not a matrix. It's a Lagrangian maximum energy function. No, but it's Lagrange transformation, which gives you a constant, right? You're playing around with the lambdas. Pardon? You're playing around with the lambda constant. They're playing around. They come up with what is the maximum energy. Right. But, now, that's not a matrix. No, it depends on how you define a matrix at that point. Well, they admit in their briefing it's not a matrix, and their expert never tried to say it was a matrix. What the expert tried to say was, well, she believes that you derive through various steps, starting with the matrix, you can derive the Lagrangian formula. First of all, you take the matrix, from the matrix you derive a non-matrix, which is the energy equation.    a non-matrix Lagrangian formula. The point is, the count requires that you derive the Lagrangian formula from the non-matrix energy equation. The point is, the count requires that you derive that in the operation of the microprocessor, the operation of the device, count two, requires that the signals be represented in this logarithmic differentiated form, and be placed into a matrix, and that that matrix be solved.           that is a non-matrix that is that is that is is a is a is a is a is a your honor   is a  is a his its